UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CRIMINAL CASE NO. 25-8-DLB-EBA**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

v.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

**DAVID L. KING**                                                            **DEFENDANT**

\*\*    \*\*    \*\*    \*\*    \*\*    \*\*

By prior Order, Defendant was ordered by the Court to be evaluated to determine his competency to stand trial. (Doc. # 20). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of preparing a Report and Recommendation. After holding a competency hearing (Doc. # 34), and considering King's competency evaluation (Doc. # 31), Judge Atkins issued a Report and Recommendation on December 4, 2025 recommending that Defendant be found competent to face further proceedings. (Doc. # 35). No objections were filed. Indeed, during the hearing, Defendant orally stipulated to the contents of the competency evaluation and the findings of competency. (Doc. # 34).

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommendation that Defendant King is competent to face further proceedings. Thus, the Report and Recommendation will be **adopted in full.**

Accordingly, **IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 35) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2)  Defendant King is deemed **COMPETENT** to stand trial; and

(3)  This matter is scheduled for a **Scheduling Conference** before the undersigned on **Monday, January 12, 2026** at **1:30 p.m.** in **Ashland**.

This 19th day of December, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PikeCrim\2025\25-8 Order adopting RR re competency.docx